CORNELIA M. BIDEN et al., Respondents, *v.* EDWARD F. JAMES, Impleaded, etc., Appellant.

(Argued October 26, 1888; decided November 27, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 19, 1886, which affirmed a judgment

in favor of plaintiffs, entered upon a decision of the court on trial at Special Term.

*T. F. Hamilton* for appellant.

*Henry H. Man* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.